DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEREMY HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1519

_____

September 24, 2025

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Jeremy Henry, pro se.


PER CURIAM.

Affirmed.


LUCAS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.